**MIKE LEVINE, Inc., v. BAER et al.**

District Court, S. D. New York.

Dec. 13, 1939.

Nachamie & Benjamin, of New York City, for plaintiffs.

Louis Halle, of New York City, for defendants.

COXE, District Judge.

The patent on which this suit is based was not issued until after the action was started; the subsequent issue of the patent was, therefore, ineffective to support the action. The defect cannot be cured by amendment. American Bonding & Trust Co. v. Gibson County, 6 Cir., 145 F. 871, 7 Ann.Cas. 522; Eveland v. Detroit Machine Tool Co., D.C., 18 F.2d 968.

The motion of the defendants to dismiss is granted.